IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK SHANE WILSON and                                                                PLAINTIFFS
KIMBERLY MCCLURE, , individually and on
behalf of themselves and all others similarly situated

v.                                            No. 4:11CV00264 JLH

CHAD HUTCHERSON, individually and in
his official capacity as Saline County Deputy Sheriff;
LEE PRICKETT, individually and in his official
capacity as a Police Officer for the City of Bryant;
RAY PENNINGTON, individually and in his
official capacity; CITY OF BRYANT; CITY OF BENTON;
CITY OF HASKELL; CITY OF ALEXANDER;
CITY OF BAUXITE; and CITY OF SHANNON HILLS                                DEFENDANTS

## ORDER

The plaintiffs' motion to dismiss separate defendant Chad Hutcherson pursuant to Rule 41 is GRANTED. Document #18-1. Plaintiffs' claims against Chad Hutcherson, individually and in his official capacity as Deputy Sheriff of Saline County, Arkansas, are hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE