**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PATRICK SHANE WILSON, individually and                                      PLAINTIFFS
on behalf of himself and all others similarly
situated; and KIMBERLY MCCLURE, individually
and on behalf of herself and all others similarly situated

v.                                          No. 4:11CV00264 JLH

LEE PRICKETT, individually and in his official
capacity as a Police Officer for the City of Bryant;
RAY PENNINGTON, individually and in his
official capacity; CITY OF BRYANT; CITY OF BENTON;
CITY OF HASKELL; CITY OF ALEXANDER;
CITY OF BAUXITE; and CITY OF SHANNON HILLS                   DEFENDANTS

<u>**ORDER**</u>

        Nga Ostoja-Starzewski's motion to withdraw as counsel of record for separate defendants

Lee Prickett and the City of Bryant is GRANTED.  Document #40.  Those separate defendants will

continue to be represented by Michael Allen Mosley.

        IT IS SO ORDERED this 10th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE