# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PATRICK SHANE WILSON, individually and                                    PLAINTIFFS
on behalf of himself and all others similarly
situated; and KIMBERLY MCCLURE, individually
and on behalf of herself and all others similarly situated

v.                                  NO. 4:11CV00264 JLH

LEE PRICKETT, individually and in his official
capacity as a Police Officer for the City of Bryant;
RAY PENNINGTON, individually and in his
official capacity; CITY OF BRYANT; CITY OF BENTON;
CITY OF HASKELL; CITY OF ALEXANDER;
CITY OF BAUXITE; and CITY OF SHANNON HILLS                                DEFENDANTS

## ORDER

The parties have requested additional time to resolve this matter. The request is granted. The parties are directed to submit a status report on or before September 4, 2012.

IT IS SO ORDERED this 6th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE