**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

PATRICK SHANE WILSON, individually and                                                    PLAINTIFFS
on behalf of himself and all others similarly
situated; and KIMBERLY MCCLURE, individually
and on behalf of herself and all others similarly situated

v.                                    NO. 4:11CV00264 JLH

LEE PRICKETT, individually and in his official
capacity as a Police Officer for the City of Bryant;
RAY PENNINGTON, individually and in his
official capacity; CITY OF BRYANT; CITY OF BENTON;
CITY OF HASKELL; CITY OF ALEXANDER;
CITY OF BAUXITE; and CITY OF SHANNON HILLS                                    DEFENDANTS

**ORDER**

The parties' status reports indicate that settlement discussions are ongoing. The parties are directed to submit a status report on or before October 15, 2012.

IT IS SO ORDERED this 14th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE